# UNITED STATES DISTRICT COURT  JS-6
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

**NIKKI GIAVASIS,**            ) Case No. **2:10-CV-08110-R-E**
                               )
Plaintiff,                     ) **ORDER**
                               )
   vs.                         )
                               )
**THE MORGAN GROUP, INC.,**    )
                               )
Defendant.                     )
_____)

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated this _20th_ day of June, 2011.

_____
The Honorable Manuel L. Real

Order to Dismiss - 1